IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HUSAM J. MOHAMMED, ) | |
| ) | |
| Plaintiff, ) | 4:07CV3230 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, as ) | ORDER |
| Secretary of the Department ) | |
| of Homeland Security, EMILIO ) | |
| T. GONZALEZ, as Director of ) | |
| the U.S. Citizenship & ) | |
| Immigration Services, ) | |
| CAROLINE PRATT, acting Field ) | |
| Office Director of the U.S. ) | |
| Citizenship & Immigration ) | |
| Services of Omaha, Nebraska, ) | |
| MICHELLE PERRY, Acting ) | |
| District Director, District ) | |
| 15, and PETER D. KEISLER, as ) | |
| acting Attorney General of ) | |
| the United States, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

Plaintiff's motion to dismiss, filing 15, is granted and this action is dismissed, each party to bear its own costs and complete record waived.

DATED this 21st day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge